AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>Emlyn Mousley<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  8: 13mj 91<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 2013 through present__ in the county of __Oconee__ in the _____ District of __South Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC §§ 1343 and 1349 | Wire fraud and conspiracy to commit wire fraud. |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

_____
Complainant's signature

Byron W. Thompson, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/09/2013

_____
Judge's signature

City and state: Greenville, South Carolina

Kevin F. McDonald, U.S. Magistrate Judge
*Printed name and title*