IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No: 8:13-987 |
| v. | |
| **EMLYN MOUSLEY** | **PLEA AGREEMENT** |

### General Provisions

This PLEA AGREEMENT is made this 24th day of Feb., 2015, between the United States of America, as represented by United States Attorney William N. Nettles, Assistant United States Attorney David C. Stephens, the Defendant, EMLYN MOUSLEY, and Defendant's attorney, Frank L. Eppes.

IN CONSIDERATION of the mutual promises made herein, the parties agree as follows:

1. The Defendant agrees to plead guilty to Count 1 of the Indictment now pending, which charges wire fraud, a violation of Title 18, United States Code, Section 1343.

### Cooperation

2. The Defendant agrees to be fully truthful and forthright with federal, state and local law enforcement agencies by providing full, complete and truthful information about all criminal activities about which he/she has knowledge. The Defendant must provide full, complete and truthful debriefings about these unlawful activities and must fully

-1-

disclose and provide truthful information to the Government.

3. The Government agrees that any self-incriminating information provided by the Defendant as a result of the cooperation required by the terms of this Agreement, although available to the Court, will not be used against the Defendant in determining the Defendant's applicable guideline range for sentencing pursuant to the U.S. Sentencing Commission Guidelines. The provisions of this paragraph shall not be applied to restrict any such information:

    a. known to the Government prior to the date of this Agreement;

    b. concerning the existence of prior convictions and sentences;

    c. in a prosecution for perjury or giving a false statement; or

    d. in the event the Defendant breaches any of the terms of the Plea Agreement.

### Merger and Other Provisions

4. The Defendant, his counsel and counsel for the United States stipulate and agree that the plea to be entered by the Defendant is pursuant to Rule 11(c)(1)(C) and that the agreed upon appropriate sentence is a term of probation of three (3) years. It is further agreed that the Defendant

shall be allowed to leave the United States after being sentenced and the probation shall be unsupervised, provided however, that the Defendant shall provide the normal written reports required of all probationers.

5. The Defendant is aware that 18 U.S.C. § 3742 and 28 U.S.C. § 2255 afford every defendant certain rights to contest a conviction and/or sentence. Acknowledging those rights, the Defendant, in exchange for the concessions made by the Government in this Plea Agreement, waives the right to contest either the conviction or the sentence in any direct appeal or other post-conviction action, including any proceedings under 28 U.S.C. § 2255. (This waiver does not apply to claims of ineffective assistance of counsel or prosecutorial misconduct raised pursuant to 28 U.S.C. § 2255.)

6. The parties hereby agree that this Plea Agreement contains the entire agreement of the parties; that this Agreement supersedes all prior promises, representations and statements of the parties; that this Agreement shall not be binding on any party until the Defendant tenders a plea of guilty to the court having jurisdiction over this matter; that this Agreement may be modified only in writing signed by all parties; and that any and all other promises, representations and statements, whether made prior to,

contemporaneous with or after this Agreement, are null and void.

2/24/15
Date

EMLYN MOUSLEY, DEFENDANT

2/24/15
Date

FRANK L. EPPES, ATTORNEY

WILLIAM N. NETTLES
UNITED STATES ATTORNEY

2/24/15
Date

DAVID C. STEPHENS (#3807)
ASSISTANT UNITED STATES ATTORNEY

-4-

# U. S. DEPARTMENT OF JUSTICE
## Statement of Special Assessment Amount

This statement reflects your special assessment only. There may be other penalties imposed at sentencing. <u>This Special Assessment is due and payable at the time of the execution of the plea agreement</u>.

| ACCOUNT INFORMATION | |
|---|---|
| **CRIM. ACTION NO.:** | 8:13-987 |
| **DEFENDANT'S NAME:** | EMLYN MOUSLEY |
| **PAY THIS AMOUNT:** | $100.00 |
| **PAYMENT DUE ON OR BEFORE:** | (date plea agreement signed) |

MAKE CHECK OR MONEY ORDER PAYABLE TO:
*CLERK, U.S. DISTRICT COURT*

PAYMENT SHOULD BE SENT TO:
**Clerk, U.S. District Court**
**Matthew J. Perry, Jr. Courthouse**
**901 Richland Street**
**Columbia, SC 29201**

OR HAND DELIVERED TO:
**Clerk's Office**
**300 East Washington Street, Greenville, SC 29601** (Mon. – Fri. 8:30 a.m.– 4:30 p.m.)

*INCLUDE DEFENDANT'S NAME ON CHECK OR MONEY ORDER* (***Do Not send cash***)

*ENCLOSE THIS COUPON TO INSURE PROPER and PROMPT APPLICATION OF PAYMENT*